Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−12707−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thaddus L Adams
   302 Ashmore Avenue
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−0219

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on .

   On March 30, 2025 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            May 21, 2025
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 31, 2025
JAN: wdr

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 25-12707-CMG
Thaddus L Adams                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 3
Date Rcvd: Mar 31, 2025            Form ID: 185            Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thaddus L Adams, 302 Ashmore Avenue, Trenton, NJ 08611-3680 |
| 520587585 | | City of Trenton Tax Office, PO Box 210, Attn: Tax Collector, Trenton, NJ 08602-0210 |
| 520587597 | + | Public Service Enterprise Group, Inc., c/o Corporate Creations Network, Inc., 181 New Road, #304, Parsippany, NJ 07054-5625 |
| 520587598 | + | Summit Collection Services, PO Box 306, Re: Cure Auto Insurance (NC10217236), Ho Ho Kus, NJ 07423-0306 |
| 520587601 | | Trenton Water Works, PO Box 528, Re: 618-0577-301, Trenton, NJ 08603 |
| 520587600 | | Trenton Water Works, PO Box 528, Re: 618-0577-302, Trenton, NJ 08603 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 31 2025 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 31 2025 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520587581 | + | Email/Text: bankruptcy@axcess-financial.com | Mar 31 2025 21:36:00 | AXCSSFN/CNGO, 7755 MONTGOMERY RD, STE 400, Cincinnati, OH 45236-4197 |
| 520587580 | + | Email/Text: bankruptcy@rentacenter.com | Mar 31 2025 21:37:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 520587584 | ^ | MEBN | Mar 31 2025 21:32:38 | CBE Group, PO Box 2217, Re: IRS, Waterloo, IA 50704-2217 |
| 520587583 | + | Email/Text: bankruptcynotices@cbecompanies.com | Mar 31 2025 21:37:00 | CBE Group, 1309 Technology Parkway, Re: IRS, Cedar Falls, IA 50613-6976 |
| 520587582 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2025 21:53:46 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520587586 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 31 2025 21:36:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 520587587 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 31 2025 21:42:31 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520587588 | ^ | MEBN | Mar 31 2025 21:32:36 | Diversified Adjustment Service, 600 Coons Rapids Blvd., Re: T Mobile, Coons Rapids, MN 55433-5549 |
| 520587589 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 31 2025 21:53:54 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 520587590 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2025 21:37:00 | IRS Insolvency Function, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520587591 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 31 2025 21:37:00 | Jefferson Capital System, 16 McLeland Road, Re: First Premier Bank, Saint Cloud, MN 56303 |

Case 25-12707-CMG    Doc 14    Filed 04/02/25    Entered 04/03/25 00:15:54    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2025 | Form ID: 185 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 520587592 | ^ | MEBN | Mar 31 2025 21:31:15 | KML Law Group, 701 Market Street, Suite 50000, Philadelphia, PA 19106-1538 |
| 520587593 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 31 2025 21:36:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520587594 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 31 2025 21:43:09 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 520587595 | | Email/Text: clientinformation@procollect.com | Mar 31 2025 21:36:00 | PROCOLLECT INC, 12170 NORTH ABRAMS, STE 100, Re: UNCOMMON CHARLOTTESVILLE APTS, Dallas, TX 75243 |
| 520587596 | + | Email/Text: bankruptcy@pseg.com | Mar 31 2025 21:36:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 68 723 336 18; 76 514 275 05, Cranford, NJ 07016-0490 |
| 520587599 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 31 2025 21:53:48 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 520587602 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 31 2025 21:53:47 | U.S. Department of HUD, 451 7th Street SW, Attn: Scott Turner, Secretary, Washington, DC 20410-0001 |
| 520592451 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 31 2025 21:53:47 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520587603 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 31 2025 21:53:47 | US Department of HUD, 451 7th Street S.W., Attn: Scott Turner, Secretary, Washington, DC 20410-0001 |
| 520587604 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 31 2025 21:36:00 | Verizon NJ, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| John Zimnis | on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 31, 2025 | Form ID: 185 | Total Noticed: 29

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3