|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> Law Office Peter Zimnis <br> 1245 Whitehorse Mercerville Road <br> Suite 412 <br> Trenton, NJ 08619 <br> (609) 581-9353 <br><br> In re: <br> THADDUS ADAMS <br><br><br> Debtors | Order Filed on April 10, 2025 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No.: 25-12707 <br><br> Chapter 13 <br><br> Judge: Gravelle |

ORDER EXTENDING AUTOMATIC STAY BEYOND 30 DAYS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED

**DATED: April 10, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:  Thaddus Adams
Case No.:  25-12707   CMG
Caption:  Order Extending Automatic Stay Beyond 30 Days

    At Trenton in the said District

    This matter being opened to the Court by the Law Office of Peter E. Zimnis, attorney for the debtor(s), and

    It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtor for which the Debtor seeks to extend the automatic stay beyond 30 days, and

    It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

    It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court (if any), and

    Good and sufficient cause appearing of the entry of this Order,

    ORDERED AND ADJUDGED as follows, to wit:

1. The automatic stay shall apply to all creditors that were part of this Motion beyond 30 days of the filing of this Bankruptcy petition.

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-12707-CMG |
| Thaddus L Adams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

**Recip ID        Recipient Name and Address**
db              + Thaddus L Adams, 302 Ashmore Avenue, Trenton, NJ 08611-3680

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4