**THE LAW OFFICES OF PETER E. ZIMNIS**

Whitehorse Executive Center
1245 Whitehorse Mercerville Road, Suite 412
Trenton, New Jersey 08619

Telephone (609) 581-9353
Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

May 21, 2025

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

      Re:    Thaddus Adams
              Case No.:  25-12707 CMG

Dear Clerk:

Regarding the above named case, enclosed please find an Application for a Wage Order.  Kindly contact this Office should you have any questions.

Very truly yours,

Law Office of Peter E. Zimnis

By:  /s/ John Zimnis_____
John Zimnis, Esq.

c. Albert Russo, Trustee
Debtor

Peter E. Zimnis
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, NJ 08619
609-581-9353
Attorney for Debtor

_____

| | | |
|---|---|---|
| THADDUS ADAMS | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 13 |
| Debtor | : | CASE NO.:  25-12707  CMG |
| | : | |
| _____: | | |

### APPLICATION FOR A WAGE ORDER

The Debtor in the above-mentioned case, by his attorney, seeks a Wage Order for the purpose of making the Trustee payments. The debtor is seeking the above for the following reasons:

1)  A voluntary petition under Chapter 13 of the Bankruptcy Code was filed by the Debtor on March 17, 2025.

2)  A Wage Order is needed for the debtor to pay the Trustee.

WHEREFORE, the Debtors pray that the court sign the attached Wage Order.


/s/ John Zimnis_____
John Zimnis, Esq.