| | |
|---|---|
| UNITED STATE BANKRUPTCY COURT : <br> DISTRICT OF NEW JERSEY : <br> Caption in Compliance with D.N.J. LBR 9004-2(c) : <br> _____ : <br> : <br> : <br> Law Office of Peter E. Zimnis : <br> 1245 Whitehorse Mercerville Rd 412 : <br> Trenton, NJ 08619 : <br> 609-581-9353 : <br> Attorney for Debtor : <br> _____ : <br> In Re: : <br> : <br> THADDUS ADAMS : <br> : <br> Debtors : <br> : <br> _____ : | <br><br><br><br><br><br><br><br><br><br>CHAPTER 13<br><br>CASE NO. 25-12707<br>ADV NO.<br><br>HEARING DATE<br><br>JUDGE |

CERTIFICATION OF SERVICE

I, PETER E. ZIMNIS, Esq. hereby certifies as follows:

1. I represent the debtor(s) in the above captioned matter.

2. On <u>July 30, 2025</u>, I sent a copy of the following pleadings and/or documents to

   the parties listed in the chart below:

   Application for an Order approving a Loan Modification
   Certification of debtor
   Exhibit
   Order (proposed)

3. I hereby certify under penalty of perjury that the above documents were sent

   using the mode of service indicated.

                                                  /s/ Peter E. Zimnis____
                                                  Peter E. Zimnis, Esq.

Dated:

SERVICE LIST

| | | |
|---|---|---|
| UST | Trustee | via efile only |
| Albert Russo, Esquire<br>CN 4853<br>Trenton, NJ 08650 | Trustee | via efile only |
| Midfirst<br>ATTN Corp Officer/Managing Agent<br>999 NW Grand Blvd<br>Oklahoma City, OK 73118 | creditor | via reg mail |
| KML Group | Attorney for creditor | via efile only |