Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−12707−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thaddus L Adams
302 Ashmore Avenue
Trenton, NJ 08611

Social Security No.:
xxx−xx−0219

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 23, 2025.

On August 20, 2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date: September 24, 2025
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 21, 2025
JAN: mmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-12707-CMG
Thaddus L Adams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Aug 21, 2025     Form ID: 185     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thaddus L Adams, 302 Ashmore Avenue, Trenton, NJ 08611-3680 |
| 520587585 | | City of Trenton Tax Office, PO Box 210, Attn: Tax Collector, Trenton, NJ 08602-0210 |
| 520587597 | + | Public Service Enterprise Group, Inc., c/o Corporate Creations Network, Inc., 181 New Road, #304, Parsippany, NJ 07054-5625 |
| 520587598 | + | Summit Collection Services, PO Box 306, Re: Cure Auto Insurance (NC10217236), Ho Ho Kus, NJ 07423-0306 |
| 520587601 | | Trenton Water Works, PO Box 528, Re: 618-0577-301, Trenton, NJ 08603 |
| 520587600 | | Trenton Water Works, PO Box 528, Re: 618-0577-302, Trenton, NJ 08603 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2025 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2025 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520587581 | + | Email/Text: bankruptcy@axcess-financial.com | Aug 21 2025 21:11:00 | AXCSSFN/CNGO, 7755 MONTGOMERY RD, STE 400, Cincinnati, OH 45236-4197 |
| 520587580 | + | Email/Text: bankruptcy@rentacenter.com | Aug 21 2025 21:13:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 520587584 | ^ | MEBN | Aug 21 2025 21:04:37 | CBE Group, PO Box 2217, Re: IRS, Waterloo, IA 50704-2217 |
| 520587583 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 21 2025 21:13:00 | CBE Group, 1309 Technology Parkway, Re: IRS, Cedar Falls, IA 50613-6976 |
| 520587582 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 21:22:01 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520662016 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2025 21:23:24 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520587586 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 21 2025 21:11:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 520587587 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2025 21:22:14 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520587588 | ^ | MEBN | Aug 21 2025 21:04:36 | Diversified Adjustment Service, 600 Coons Rapids Blvd., Re: T Mobile, Coons Rapids, MN 55433-5549 |
| 520587589 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 21 2025 21:22:29 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 520587590 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2025 21:12:00 | IRS Insolvency Function, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 25-12707-CMG   Doc 38   Filed 08/23/25   Entered 08/24/25 00:15:40   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 185 | Total Noticed: 36 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520587591 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2025 21:13:00 | Jefferson Capital System, 16 McLeland Road, Re: First Premier Bank, Saint Cloud, MN 56303 |
| 520635072 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2025 21:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520587592 | ^ | MEBN | Aug 21 2025 21:03:35 | KML Law Group, 701 Market Street, Suite 50000, Philadelphia, PA 19106-1538 |
| 520622508 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 21:21:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520587593 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 21 2025 21:12:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520635673 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 21 2025 21:06:04 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520587594 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 21 2025 21:06:30 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 520587595 | | Email/Text: clientinformation@procollect.com | Aug 21 2025 21:11:00 | PROCOLLECT INC, 12170 NORTH ABRAMS, STE 100, Re: UNCOMMON CHARLOTTESVILLE APTS, Dallas, TX 75243 |
| 520587596 | + | Email/Text: bankruptcy@pseg.com | Aug 21 2025 21:11:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 68 723 336 18; 76 514 275 05, Cranford, NJ 07016-0490 |
| 520664180 | + | Email/Text: jpark001@bellsouth.net | Aug 21 2025 21:12:00 | RAM Receivables LLC, Agent of Huntington Debt Holdings, PO Box 25693, Memphis, TN 38125-8009 |
| 520587599 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Aug 21 2025 21:06:03 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 520587602 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 21 2025 21:06:17 | U.S. Department of HUD, 451 7th Street SW, Attn: Scott Turner, Secretary, Washington, DC 20410-0001 |
| 520592451 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 21 2025 21:06:17 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520587603 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 21 2025 21:06:17 | US Department of HUD, 451 7th Street S.W., Attn: Scott Turner, Secretary, Washington, DC 20410-0001 |
| 520647377 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2025 21:22:18 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520587604 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 21 2025 21:11:00 | Verizon NJ, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 520646980 | | Email/Text: clientservices@fastdayloans.com | Aug 21 2025 21:12:00 | WLCC Lending Fast Day Loans, PO Box 70, Solon, IA 52333 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 185 | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4