| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on October 6, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Law Office Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Hamilton, NJ 08619<br>(609) 581-9353 | |
| In re:<br>THADDUS ADAMS | |
| Debtors | Case No.: 25-12707<br>Chapter 13<br>Judge: Gravelle |

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: October 6, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(page 2)**
Debtor:  Thaddus Adams
Case No.:  25-12707  CMG
Caption:  Order Granting Additional Chapter 13 Fees

　　　　The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

　　　　ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $999 for services rendered and expenses in the amount of $0 for a total of $999. The allowance shall be payable:

　　　　___x__   through the Chapter 13 Plan as an administrative priority from
　　　　　　　　funds on hand
　　　　_____   outside the Plan

　　　　The debtor's monthly Plan is modified, thus the debtor will start to pay $283 per month for the remaining 54 months to allow for payment of aforesaid fee.