|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | : <br> : <br> : |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | : <br> : |
| Law Office Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Hamilton, NJ 08619<br>(609) 581-9353 | : <br> : <br> : <br> : <br> : <br> : |
| In re:<br>THADDUS ADAMS | : <br> : <br> : <br> : |
| Debtors | : <br> : Case No.: 25-12707<br> : <br> : Chapter 13<br> : <br> : Judge: Gravelle |

Order Filed on February 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: February 9, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(page 2)**
Debtor: Thaddus Adams
Case No.: 25-12707 CMG
Caption: Order Granting Additional Chapter 13 Fees

The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $300 for services rendered and expenses in the amount of $0 for a total of $300. The allowance shall be payable:

___x___  through the Chapter 13 Plan as an administrative priority from
         funds on hand
_____  outside the Plan

The debtor's monthly Plan is not modified, thus the debtor pay $363 per month for the remaining months to allow for payment of aforesaid fee.