| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| Standing Chapter 13 Trustee | PO Box 933 |
| PO Box 4853 | Memphis, TN  38101-0933 |
| Trenton, NJ  08650-4853 | |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-12707 / CMG**

Thaddus L Adams

Petition Filed Date: 03/17/2025
341 Hearing Date: 04/17/2025
Confirmation Date: 05/21/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/13/2025 | $230.00 | 1249 | 06/03/2025 | $231.00 | 29633374945 | 07/01/2025 | $167.54 | 14975588 |
| 07/09/2025 | $200.00 | 38090435681 | 07/15/2025 | $167.54 | 14984378 | 07/25/2025 | $167.54 | 14992382 |
| 08/09/2025 | $167.54 | 15001022 | 08/25/2025 | $167.54 | 15008227 | 09/12/2025 | $167.54 | 15015714 |
| 09/19/2025 | $167.54 | 15022720 | 10/06/2025 | $167.54 | 15030693 | 11/05/2025 | $167.54 | 15045734 |
| 11/13/2025 | $167.54 | 15038661 | 11/25/2025 | $167.54 | 15052896 | 12/03/2025 | $167.54 | 15060654 |
| 12/18/2025 | $167.54 | 15068945 | 01/06/2026 | $167.54 | 15077055 | 01/13/2026 | $167.54 | 15082555 |
| 01/26/2026 | $167.54 | 15089820 | 02/10/2026 | $167.54 | 15096918 | | | |

**Total Receipts for the Period: $3,509.18   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $3,509.18**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Thaddus L Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq. »» ATTY DISCLOSURE | Attorney Fees | $4,200.00 | $2,285.79 | $1,914.21 |
| 1 | U.S DEPT OF HOUSING & URBAN DEVELOPMENT »» P/302 ASHMORE AVE/2ND MTG/3RD MTG/4TH MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | PSE&G | Unsecured Creditors | $17,046.75 | $0.00 | $17,046.75 |
| 3 | INTERNAL REVENUE SERVICE »» 2019;2022-2024 TAX PERIODS | Priority Crediors | $9,954.89 | $0.00 | $9,954.89 |
| 4 | INTERNAL REVENUE SERVICE »» 2013-2014;2016-2018 TAX PERIODS & PENALTIES | Unsecured Creditors | $13,621.60 | $0.00 | $13,621.60 |
| 5 | LVNV FUNDING LLC »» CREDIT ONE | Unsecured Creditors | $243.36 | $0.00 | $243.36 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC »» PREMIER BANKCARD | Unsecured Creditors | $404.28 | $0.00 | $404.28 |
| 7 | MIDFIRST BANK »» 302 ASHMORE AVE/1ST MTG/LOAN MOD ORDER 8/13/25 | Mortgage Arrears | $3,821.38 | $0.00 | $3,821.38 |
| 8 | WLCC LENDING FAST DAY LOANS | Unsecured Creditors | $1,046.79 | $0.00 | $1,046.79 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $167.24 | $0.00 | $167.24 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $470.36 | $0.00 | $470.36 |

**Chapter 13 Case No. 25-12707 / CMG**

| 11 | Acceptance Now<br>»» FURNITURE | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
|----|----|----|----|----|----|
| 12 | RAM RECEIVABLES LLC<br>»» HUNTINGTON DEBT HOLDINGS | Unsecured Creditors | $3,697.05 | $0.00 | $3,697.05 |
| 0 | John Zimnis, Esq.<br>»» ORDER 10/6/25 | Attorney Fees | $999.00 | $322.96 | $676.04 |
| 0 | John Zimnis, Esq.<br>»» ORDER 2/9/26 | Attorney Fees | $300.00 | $0.00 | $300.00 |
| 13 | TRENTON WATER WORKS<br>»» 302 ASHMORE AVE/WATER & SEWER | Secured Creditors<br>Hold Funds: Late Filed Claim | $2,059.37 | $0.00 | $2,059.37 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|----|----|----|----|
| Total Receipts: | $3,509.18 | Plan Balance: | $18,008.30 ** |
| Paid to Claims: | $2,608.75 | Current Monthly Payment: | $363.00 |
| Paid to Trustee: | $279.87 | Arrearages: | ($111.70) |
| Funds on Hand: | $620.56 | Total Plan Base: | $21,517.48 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**