Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
**Chapter 13 Case No. 25-12707 / CMG**

Thaddus L Adams
302 Ashmore Avenue
Trenton, NJ   08611

Petition Filed Date: 03/17/2025
341 Hearing Date: 04/17/2025
Confirmation Date: 05/21/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/13/2025 | $230.00 | 1249 | 06/03/2025 | $231.00 | 29633374945 | 07/01/2025 | $167.54 | 14975588 |
| 07/09/2025 | $200.00 | 38090435681 | 07/15/2025 | $167.54 | 14984378 | 07/25/2025 | $167.54 | 14992382 |
| 08/09/2025 | $167.54 | 15001022 | 08/25/2025 | $167.54 | 15008227 | 09/12/2025 | $167.54 | 15015714 |
| 09/19/2025 | $167.54 | 15022720 | 10/06/2025 | $167.54 | 15030693 | 11/05/2025 | $167.54 | 15045734 |
| 11/13/2025 | $167.54 | 15038661 | 11/25/2025 | $167.54 | 15052896 | 12/03/2025 | $167.54 | 15060654 |
| 12/18/2025 | $167.54 | 15068945 | 01/06/2026 | $167.54 | 15077055 | 01/13/2026 | $167.54 | 15082555 |
| 01/26/2026 | $167.54 | 15089820 | 02/10/2026 | $167.54 | 15096918 | 02/25/2026 | $167.54 | 15105111 |

**Total Receipts for Period: $3,676.72   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,676.72**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Thaddus L Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | John Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,200.00 | $2,285.79 | $1,914.21 |
| 1 | U.S DEPT OF HOUSING & URBAN DEVELOPMENT<br>»» P/302 ASHMORE AVE/2ND MTG/3RD MTG/4TH MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | PSE&G | Unsecured Creditors | $17,046.75 | $0.00 | $17,046.75 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2019;2022-2024 TAX PERIODS | Priority Crediors | $9,954.89 | $0.00 | $9,954.89 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2013-2014;2016-2018 TAX PERIODS & PENALTIES | Unsecured Creditors | $13,621.60 | $0.00 | $13,621.60 |
| 5 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $243.36 | $0.00 | $243.36 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD | Unsecured Creditors | $404.28 | $0.00 | $404.28 |
| 7 | MIDFIRST BANK<br>»» 302 ASHMORE AVE/1ST MTG/LOAN MOD ORDER 8/13/25 | Mortgage Arrears | $3,821.38 | $0.00 | $3,821.38 |
| 8 | WLCC LENDING FAST DAY LOANS | Unsecured Creditors | $1,046.79 | $0.00 | $1,046.79 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $167.24 | $0.00 | $167.24 |

**Chapter 13 Case No. 25-12707 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $470.36 | $0.00 | $470.36 |
| 11 | Acceptance Now<br>»» FURNITURE | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 12 | RAM RECEIVABLES LLC<br>»» HUNTINGTON DEBT HOLDINGS | Unsecured Creditors | $3,697.05 | $0.00 | $3,697.05 |
| | John Zimnis, Esq.<br>»» ORDER 10/6/25 | Attorney Fees | $999.00 | $322.96 | $676.04 |
| | John Zimnis, Esq.<br>»» ORDER 2/9/26 | Attorney Fees | $300.00 | $0.00 | $300.00 |
| 13 | TRENTON WATER WORKS<br>»» 302 ASHMORE AVE/WATER & SEWER | Secured Creditors<br>Hold Funds: Late Filed Claim | $2,059.37 | $0.00 | $2,059.37 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,676.72 | Plan Balance: | $17,840.76 ** |
| Paid to Claims: | $2,608.75 | Current Monthly Payment: | $363.00 |
| Paid to Trustee: | $292.27 | Arrearages: | ($279.24) |
| Funds on Hand: | $775.70 | Total Plan Base: | $21,517.48 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.tfsbillpay.com to register!**

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started!**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**