UNITED STATE BANKRUPTCY COURT :
DISTRICT OF NEW JERSEY :

:

Law Office of Peter Zimnis :
1245 Whitehorse Mercerville Road :
Trenton, NJ 08619 :
609-581-9353 :
Attorney for Debtor :
(609) 581-9353 :

:

:   CHAPTER 13
In Re: :
THADDUS ADAMS :   CASE NO.:  25-12707
:
:
Debtors :   HEARING DATE    4/22/2026
:
:   Judge Gravelle

**Order Filed on April 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

ORDER ALLOWING THE TRUSTEE TO PAY
A LATE FILED PROOF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED

**DATED: April 22, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Debtor:  Thaddus Adams
Case No.:  25-12707  CMG
Caption of Order:  Order Allowing the Trustee to Pay a Late Filed Proof of Claim


  At Trenton in the said District

        This matter being opened to the Court by Peter E. Zimnis, attorney for the debtor,
Thaddus Adams, (John Zimnis, Esq.) appearing, and the Court having considered the pleadings
and proofs submitted, and arguments of counsel (if any);

        It further appearing that upon the return date of said Motion, this Court has considered
the documentation heretofore filed for and on behalf of the debtor and for and on behalf of other
parties in interest and also has considered the arguments of counsel appearing in open court (if
any), and

        Good and sufficient cause appearing of the entry of this Order,

        It is ORDERED AND ADJUDGED as follows, to wit:

   1.  Albert Russo, Chapter 13 Trustee is authorized to pay the late filed Proof of Claim
       of Trenton Water Works (which is docketed as Claim Number 11, in the amount of
       $2,059.37), in the standard order of distribution.

2