UNITED STATE BANKRUPTCY COURT                    :
DISTRICT OF NEW JERSEY                            :
                                                 :
_____:
                                                 :      **Order Filed on April 22, 2026**
                                                 :      **by Clerk**
Law Office of Peter Zimnis                        :      **U.S. Bankruptcy Court**
1245 Whitehorse Mercerville Road                  :      **District of New Jersey**
Trenton, NJ 08619                                 :
609-581-9353                                      :
Attorney for Debtor                               :
(609) 581-9353                                     :
                                                 :
                                                 :
_____ :      CHAPTER 13
                                                 :
In Re:                                            :
THADDUS ADAMS                                     :      CASE NO.:  25-12707
                                                 :
                                                 :
                                                 :
        Debtors                                   :      HEARING DATE    4/22/2026
                                                 :
_____:      Judge Gravelle


ORDER ALLOWING THE TRUSTEE TO PAY
A LATE FILED PROOF CLAIM



        The relief set forth on the following pages, numbered two (2) through two (2)
is hereby ORDERED



**DATED: April 22, 2026**

_Chrstn M Gravelle_

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Debtor:  Thaddus Adams
Case No.:  25-12707  CMG
Caption of Order:  Order Allowing the Trustee to Pay a Late Filed Proof of Claim


  At Trenton in the said District

     This matter being opened to the Court by Peter E. Zimnis, attorney for the debtor, Thaddus Adams, (John Zimnis, Esq.) appearing, and the Court having considered the pleadings and proofs submitted, and arguments of counsel (if any);

     It further appearing that upon the return date of said Motion, this Court has considered the documentation heretofore filed for and on behalf of the debtor and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court (if any), and

     Good and sufficient cause appearing of the entry of this Order,

     It is ORDERED AND ADJUDGED as follows, to wit:

1. Albert Russo, Chapter 13 Trustee is authorized to pay the late filed Proof of Claim of Trenton Water Works (which is docketed as Claim Number 11, in the amount of $2,059.37), in the standard order of distribution.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 25-12707-CMG

Thaddus L Adams                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 22, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thaddus L Adams, 302 Ashmore Avenue, Trenton, NJ 08611-3680 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| John Zimnis | on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4