Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−12707−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thaddus L Adams
302 Ashmore Avenue
Trenton, NJ 08611

Social Security No.:
   xxx−xx−0219

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 29, 2026.

Dated: April 29, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-12707-CMG

Thaddus L Adams                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: plncf13 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thaddus L Adams, 302 Ashmore Avenue, Trenton, NJ 08611-3680 |
| 520587585 | | City of Trenton Tax Office, PO Box 210, Attn: Tax Collector, Trenton, NJ 08602-0210 |
| 520587597 | + | Public Service Enterprise Group, Inc., c/o Corporate Creations Network, Inc., 181 New Road, #304, Parsippany, NJ 07054-5625 |
| 520587598 | + | Summit Collection Services, PO Box 306, Re: Cure Auto Insurance (NC10217236), Ho Ho Kus, NJ 07423-0306 |
| 520587601 | | Trenton Water Works, PO Box 528, Re: 618-0577-301, Trenton, NJ 08603 |
| 520587600 | | Trenton Water Works, PO Box 528, Re: 618-0577-302, Trenton, NJ 08603 |
| 520981195 | + | Trenton Water Works, 319 East State St, Rm 113, Trenton, NJ 08608-1809 |
| 520587602 | + | U.S. Department of HUD, 451 7th Street SW, Attn: Scott Turner, Secretary, Washington, DC 20410-0001 |
| 520592451 | + | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520587603 | + | US Department of HUD, 451 7th Street S.W., Attn: Scott Turner, Secretary, Washington, DC 20410-0001 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 29 2026 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 29 2026 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520587581 | + | Email/Text: bankruptcy@axcess-financial.com | Apr 29 2026 20:51:00 | AXCSSFN/CNGO, 7755 MONTGOMERY RD, STE 400, Cincinnati, OH 45236-4197 |
| 520587580 | + | Email/Text: bankruptcy@rentacenter.com | Apr 29 2026 20:53:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 520587584 | ^ | MEBN | Apr 29 2026 20:48:56 | CBE Group, PO Box 2217, Re: IRS, Waterloo, IA 50704-2217 |
| 520587583 | + | Email/Text: bankruptcynotices@cbecompanies.com | Apr 29 2026 20:52:00 | CBE Group, 1309 Technology Parkway, Re: IRS, Cedar Falls, IA 50613-6976 |
| 520587582 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 20:59:02 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520662016 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 20:59:14 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520587586 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 29 2026 20:51:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 520587587 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2026 20:59:41 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520587588 | ^ | MEBN | Apr 29 2026 20:48:55 | Diversified Adjustment Service, 600 Coons Rapids Blvd., Re: T Mobile, Coons Rapids, MN 55433-5549 |

District/off: 0312-3 User: admin Page 2 of 3
Date Rcvd: Apr 29, 2026 Form ID: plncf13 Total Noticed: 37

| 520587589 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 29 2026 20:59:42 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 520587590 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2026 20:52:00 | IRS Insolvency Function, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520587591 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2026 20:52:00 | Jefferson Capital System, 16 McLeland Road, Re: First Premier Bank, Saint Cloud, MN 56303 |
| 520635072 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2026 20:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520587592 | ^ MEBN | Apr 29 2026 20:49:07 | KML Law Group, 701 Market Street, Suite 50000, Philadelphia, PA 19106-1538 |
| 520622508 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 20:59:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520587593 | + Email/Text: bankruptcy@marinerfinance.com | Apr 29 2026 20:52:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520635673 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 29 2026 20:59:39 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520587594 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 29 2026 20:59:52 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 520587595 | Email/Text: clientinformation@procollect.com | Apr 29 2026 20:51:00 | PROCOLLECT INC, 12170 NORTH ABRAMS, STE 100, Re: UNCOMMON CHARLOTTESVILLE APTS, Dallas, TX 75243 |
| 520587596 | + Email/Text: bankruptcy@pseg.com | Apr 29 2026 20:51:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 68 723 336 18; 76 514 275 05, Cranford, NJ 07016-0490 |
| 520664180 | + Email/Text: jpark001@bellsouth.net | Apr 29 2026 20:52:00 | RAM Receivables LLC, Agent of Huntington Debt Holdings, PO Box 25693, Memphis, TN 38125-8009 |
| 520587599 | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 29 2026 20:58:57 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 520647377 | + Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 20:59:42 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520587604 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 29 2026 20:51:00 | Verizon NJ, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 520646980 | Email/Text: clientservices@fastdayloans.com | Apr 29 2026 20:52:00 | WLCC Lending Fast Day Loans, PO Box 70, Solon, IA 52333 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3

User: admin

Page 3 of 3

Date Rcvd: Apr 29, 2026

Form ID: plncf13

Total Noticed: 37

Date: May 01, 2026

Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| John Zimnis | on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4