**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Hamilton, NJ 08619
(609) 581-9353

In re:
THADDUS ADAMS

       Debtors

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
: Case No.:  25-12707
:
: Chapter 13
:
: Judge:  Gravelle

Order Filed on June 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER GRANTING ADDITIONAL CHAPTER 13 FEES**

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: June 11, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(page 2)**
Debtor:  Thaddus Adams
Case No.:  25-12707  CMG
Caption:  Order Granting Additional Chapter 13 Fees


The applicant having certified (pursuant to <u>D.NJ LBR</u> 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:


ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:


  ___x__  through the Chapter 13 Plan as an administrative priority from
    funds on hand
  _____  outside the Plan


The debtor's monthly Plan is not modified, thus the debtor pay $423 per month for the remaining months to allow for payment of aforesaid fee.